IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARY LEON WEBSTER                                              PLAINTIFF
ADC #114018

v.                           CASE NO. 3:19-cv-00079-JM

JAY EBBERT, Probation/Parole                                   DEFENDANT
Officer, Jonesboro

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 17th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE